IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY, of AMERICA, a Washington State Corporation, | ) ) ) | No. 05:09-cv-00552-BYP |
| Plaintiff, | ) ) | |
| v. | ) ) | MAGISTRATE JUDGE |
| W.G. FAIRFIELD COMPANY, an Ohio Corporation, and LJB BUILDING COMPANY, an Ohio Corporation, AND DANIEL BLEND, Individually, | ) ) ) ) ) ) | BENITA Y. PEARSON<br><br>**AGREED DISMISSAL ORDER** |
| Defendants, | ) ) | |

**AGREED DISMISSAL ORDER**
(Page 1 of 2)

This matter coming before the Court pursuant to agreement between the parties and pursuant to Settlement Agreement and Release of February 26, 2010 ("Agreement") between Plaintiff Safeco Insurance Company of America ("Safeco"), and Defendants The W.G. Fairfield Company ("WGF"), LJB Building Company ("LJB") (collectively referenced as "Corporate Defendants") and Daniel Blend ("Blend"):

**IT IS HEREBY ORDERED:**

1. Pursuant to and subject to the terms of a separately executed Stipulation between Safeco and Defendants and subject to and contemporaneously with the entry by the Court of a separate Agreed Judgment Order in favor of Safeco and against the Corporate Defendants, any and all claims arising out of allegations referenced in Safeco's Complaint filed in the above-captioned action, are hereby dismissed against Blend with prejudice, contingent upon Blend's continued and complete performance of his obligations contained in the aforementioned Agreement entered into and executed by the parties to the instant action, all parties to bear their own costs.

2. Consistent with the provisions of Paragraph 1 of the instant Agreed Dismissal Order, the Court shall retain jurisdiction of the above-referenced matter and all parties thereto solely for purposes of enforcing the Agreement entered into and executed by the parties to the instant action.

## AGREED DISMISSAL ORDER
(Page 2 of 2)

|  |  |
|---|---|
| Dated: March 16, 2010 | ENTERED<br>s/ Benita Y. Pearson<br>Honorable Benita Y. Pearson |

Order Agreed to By and Between :

| Attorney For Safeco Insurance Company of America | Attorney For The W.G. Fairfield Company, L.J.B. Building Company and Daniel Blend |
|---|---|
| By: John E. Sebastian or Jason P. Yanchar | By: Mark F. Craig |

2

6532008v1 881761 3670